

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:20-cr-20064<br>Judge: Murphy, Stephen J.<br>MJ: Patti, Anthony P.<br>Filed: 02-06-2020 At 10:41 AM<br>INDI USA V TEAVION ROBERTSON (LG) |
| Plaintiff, | Violation: |
| | 18 U.S.C. § 922(o) |
| v. | |
| TEAVION ROBERTSON, | |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(o)
### ILLEGAL POSSESSION OF A MACHINE GUN

On or about December 11, 2018 and December 12, 2018, in the Eastern District of Michigan, the defendant, TEAVION ROBERTSON, did knowingly possess a machinegun, that is, a device designed for the purpose of converting semi-automatic Glock pistols into fully automatic machineguns as defined in 26 U.S.C. § 5845(b) and 18 USC § 921(a)(23), in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## Forfeiture Allegations
## 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense charged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, or any firearm or ammunition intended to be used in any offense referred to in 18 U.S.C. § 924(d)(3), where such intent is demonstrated by clear and convincing evidence.

Such property includes, but is not limited to, a money judgment in an amount to be determined, representing the total value of all property subject to forfeiture as described herein.

If any of the property described above, as a result of any act or omission of the defendant—

    a.     cannot be located upon the exercise of due diligence;
    b.     has been transferred to, sold to, or deposited with a third party;
    c.     has been placed beyond the jurisdiction of this Court;
    d.     has been substantially diminished in value; or

2

  e.  has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeit other property of the defendant up to the value of the above described forfeitable property, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

            THIS IS A TRUE BILL

            *s/ Grand Jury Foreperson*
            GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney


*s/ Matthew Roth*        *s/ Alyse Wu*
Matthew Roth         Alyse Wu
Assistant United States Attorney Assistant United States Attorney
211 W. Fort St., Suite 2001    211 W. Fort St., Suite 2001
Detroit, MI 48226       Detroit, MI 48226
(313) 226-9186        (313) 226-9589
mroth@usa.doj.gov      alyse.wu@usdoj.gov

Dated: February 6, 2020

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | Case:2:20-cr-20064<br>Judge: Murphy, Stephen J.<br>MJ: Patti, Anthony P. |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to cor

Filed: 02-06-2020 At 10:41 AM
INDI USA V TEAVION ROBERTSON (LG)

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: AW |

**Case Title:** USA v. Teavion Robertson

**County where offense occurred :** Washtenaw

**Check One:**    ☒ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: 19-mj-30628  ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 6, 2020
Date

Alyse Wu
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9589
Fax:    313-226-2372
E-Mail address: alyse.wu@usdoj.gov
Attorney Bar #: IL 6307357

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.